UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:04-CR-496-T-27EAJ

RYAN LEE MINTZ-KINCAID
_____/

## ORDER REVOKING SUPERVISED RELEASE

**THIS CAUSE** came before the Court on the 24th day of January, 2007, on a Petition to Revoke Supervised Release. The Defendant, **RYAN LEE MINTZ-KINCAID**, appeared with counsel, Alec Hall, AFPD; and Maria Chapa Lopez, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations set forth in the Petition for Revocation of Supervised Release in Counts 1, 4, 5 and 7, and denied the allegation in Count 6. After hearing testimony from defendant, and upon consideration of same, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **RYAN LEE MINTZ-KINCAID** is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **four (4) months** with credit for time served since the date of his arrest.

No further supervision is imposed.

-1-

3. The Court recommends that the defendant be confined in a camp setting close to Tampa, Florida.

**DONE AND ORDERED** at Tampa, Florida this 25th day of January, 2007.

*/s/ Whittemore*
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation